UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nnodi H.,

Petitioner,

v.

Kevin McAleenan, Acting Secretary of
Homeland Security; William P. Barr,
Attorney General of the United States;
Leslie Tritten, ICE Field Office Director;
and Kurt Freitag, Freeborn County Sheriff,

Respondents.[1]

File No. 18-cv-01986 (ECT/TNL)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

The Court has received the May 24, 2019 Report and Recommendation of United States Magistrate Judge Tony N. Leung. ECF No. 39. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 39] is **ACCEPTED**;

---

[1] Acting Secretary of Homeland Security Kevin McAleenan is substituted as the Secretary of Homeland Security, and St. Paul Immigration and Customs Enforcement Field Office Director Leslie Tritten is substituted for her predecessor Scott Baniecke because a "[public] officer's successor is automatically substituted as a party" and "[l]ater proceedings should be in the substituted party's name." Fed. R. Civ. P. 25(d).

2. The Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED** as **MOOT**.

Dated: June 10, 2019

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court